372 A.2d 845

Commonwealth ex rel. Kasdin v. Kasdin, Appellant.

 Submitted June 16, 1975.   Herbert L. Olivieri, for appellant; Francis Recchuiti, and Vangrossi & Recchuiti, for appellee.

Order affirmed.

372 A.2d 845

Commonwealth ex rel. Kerrane v. Kerrane, Appellant.

Submitted June 17, 1976.   Edward F. Kane, for appellant; John C. Bonner, for appellee.

Order affirmed.